IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF FACEBOOK USER ID: **100020631303243** www.facebook.com/tee.king.18062<br><br>THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | Case No. 6:20mj28_____<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Russell Davidson, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.   I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the user ID, including the content of the subscriber's or customer's account.

2.   I am a Senior Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been employed with the ATF since July 2002. I am presently assigned to the Roanoke, Virginia Field Office. I have successfully completed the Criminal

Investigators Training Program and New Professional Training, ATF National Academy, held at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to this employment, I was employed as a sworn police officer for the City of Lynchburg, Virginia for eight years. During those eight years, I was assigned to the Vice/Narcotics Unit responsible for conducting drug trafficking investigations. Since becoming an ATF Special Agent, I have conducted narcotics and firearms investigations involving large conspiracies. This aforementioned experience has given me the knowledge to recognize the methods used by criminal violators and individuals disposed to commit criminal offenses to conceal their overall criminal activities from law enforcement personnel and other persons.

3. The facts in this affidavit come from my own investigation, observations, training and experience, and information obtained from other records, as well as other law enforcement officers and witnesses, including members of the gang under investigation and their associates. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Section 1962 (RICO) were committed by the individual(s) listed herein. There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband, or fruits of these crimes, as described in Attachment B.

## TECHNICAL BACKGROUND ON FACEBOOK

5. Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish

accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users and sometimes with the general public.

6.  Facebook asks users to provide basic contact and personal identifying information to Facebook during the registration process or later. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

7.  Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

8.  Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

9. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

10. Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

11. Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through

4

Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

12. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

13. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

14. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

15. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

16. Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

17. The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are

free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

18. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

19. In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

20. Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

21. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

22. Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

23. As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element of an offense (such as an enterprise) or, alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, photographs, and other data retained by Facebook can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators

can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "Friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

24. Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## THE ROLLIN 60s CRIPS OF LYNCHBURG, VIRGINIA

25. Starting in 2017, the ATF and the Lynchburg Police Department ("LPD") have been investigating gang-related violent crime and homicides in the Lynchburg, Virginia area. During the course of this investigation, we have learned that the Rollin 60s Neighborhood Crips ("Rollin 60s") are operating in Lynchburg. The Rollin 60s are a street gang that originated in Los Angeles, California in the 1970s and has since spread to all fifty states. The Rollin 60s are considered part of the Neighborhood Crip Alliance, which began in 1979, and hence are sometimes referred to the as the Rollin 60s Neighborhood Crips or simply as the Neighborhood Crips.

26. The Floyd Street Soldiers ("Floyd Street") is/was a homegrown Lynchburg street gang that began in 2010 and was centered on the 1100 block of Floyd Street. Floyd Street was initially young males in their teenage years, who banded together to further the distribution of illegal drugs, but soon became known for their propensity for violence and the use of firearms. For the first several years, Floyd Street functioned without allegiance to any nationally recognized gang. There were a few members who were considered in a leadership role, such as Dakota Daquan SCOTT (a/k/a Kota) and Malik Shaheed SCOTT (a/k/a Icky).

27. In March 2018, officers with the Lynchburg PD arrested Steven PATRICK with thirteen ounces of methamphetamines, which was prosecuted federally. After his arrest, PATRICK engaged in three proffers[1] with officers from the Lynchburg PD, during which he discussed his own involvement in a drug conspiracy but also his membership, interactions, and conversations with various Rollin 60s and Floyd Street gang members (among other statements). According to PATRICK:

   a. After being released from prison in 2012, PATRICK, who was an OG in the Rollin 60s, began heavy recruiting gang members in the Lynchburg area. In 2013, Malik SCOTT was the active leader of Floyd Street. PATRICK was able to convince Malik SCOTT to bring Floyd Street under PATRICK in the Rollin 60s.

   b. PATRICK oversaw the jump-in or initiation of Malik SCOTT into the Crips on Floyd Street in the later part of 2013 or early part of 2014. Once initiated, Malik SCOTT was responsible for initiating the other members of Floyd Street into the Rollin 60s.

   c. Members joined through "jump ins" or by putting in "work."

---

[1] As a result of his proffers, at sentencing, PATRICK received a reduced sentence for his cooperation.

9

    d. The Rollin 60s had a rank structure of Little Homie, Hoodster, and OG.

    e. Members did not have to pay dues but were expected to contribute funds when another member was incarcerated to help with bond money, lawyers' fees, or jail expenses.

    f. The gang met the last Sunday of every month.

    g. PATRICK was the head of the Dimebloc set, which contained approximately thirty members.

28. In addition to interviewing PATRICK, law enforcement has also obtained evidence regarding the Rollin 60s from other sources. For example, law enforcement has interviewed other gang members and associates; has searched cellphones; has executed residential search warrants; has executed search warrants on social media accounts and reviewed publicly accessible information; reviewed police reports; and reviewed jail calls, among other sources of evidence. To date, the investigation into the Rollin 60s Crips, including its subset or associates the Floyd Street Soldiers, has revealed the following information:

    a. The Rollin 60s are among one of the most violent criminal organizations currently operating in the Lynchburg area. The Rollin 60s have committed various violent crimes, including shootings of rival gang members and homicides.

    b. The Rollin 60s commonly utilize a variety of unifying marks, manners, and identifiers, including "gang signs," which refer to hand gestures and tattoos that are specific to the gang organizations.

    c. The Rollin 60s identify with the colors blue and black primarily but have also been known to wear gray and purple. The Rollin 60s oftentimes do not

wear colors in order to avoid unnecessary attention but will wear colors when gathered for a purpose.

d. The Rollin 60s's identified symbols are the 6-pointed Star of David and the number "6." The CRIPS use the letter "c" instead of "b" in writings and graffiti to show disrespect to their rivals the Bloods and often refer to themselves as "BK" meaning "Blood Killas." The letters "ck" are avoided because the Bloods will use the "ck" to mean "Crip Killer," therefore, the CRIPS will replace the "ck" in words with "cc." The CRIPS often use "Loc" meaning "Love only Crips." The term "Loc" is also used as "Leader of Crips" when used to describe a ranking member.

e. New members are "jumped in," which is typically a process by which a recruit would take a beating from other Rollin 60s members for sixty seconds.

f. Once a recruit is "jumped in," it has been described to your affiant that the recruit would be considered holding the rank of a "Baby." As a Rollin 60s "puts in work" for the gang (i.e., commit crimes or make money for the gang), the member will advance to a more senior leadership status, which is considered an "OG" (which may mean "Original Gangster").

g. Rollin 60s are known to utilize rules and regulations known as codes. For example, it has been described to your affiant that juvenile Rollin 60s who are enrolled into school are expected to be in attendance in order to not draw undue attention to the gang from law enforcement.

    h. Rollin 60s are known to be involved in the distribution of significant amounts of multiple types of narcotics. Members of the gang coordinate drug trafficking activity but also distribute narcotics in connection with other non-members.

29. Based on this evidence, the Rollin 60s Crips and its members are believed to have committed, and continue to commit, violations of federal criminal statutes including the following:

    a. Title 18, United States Code, Section 1962 (RICO);

    b. Title 18, United States Code, Section 1959 (VICAR);

    c. Title 18, United States Code, Section 922(g)(1) (Possession of a Firearm by a Convicted Felon);

    d. Title 18, United States Code, Section 924(c) (Use of Firearm in Furtherance of a Crime of Violence); and

    e. Title 21, United States Code, Section 841 (Distribution of Controlled Substances).

30. Because of their gang association and participation in various violent crimes, numerous Rollin 60s members and their associates are currently under investigation, and there is reasonable suspicion to believe the requested records will be relevant and material to the ongoing criminal investigation of the gang itself and of the aforementioned offenses.

## PROBABLE CAUSE: THE GANG AND FACEBOOK

31. During the course of this investigation (and in other gang investigations generally), we have learned and seen that Rollin 60s members and associates regularly use Facebook as a means of recruitment, take credit for violent incidents, communicate with one another about their criminal behavior, promote the image of the gang, and schedule gang meetings. In recent

interviews of Rollin 60s members conducted by the Lynchburg PD, your affiant has learned how Rollin 60s utilize social media to communicate amongst members for the purpose of committing violent criminal acts to include, homicides, burglaries, firearm trafficking, and illegal drug transactions. Your affiant has viewed various Facebook messages and communication threads from cooperating gang members and has direct knowledge of the existence of the requested information.

32. Rollin 60s use Facebook Messaging to communicate about planned and ongoing criminal acts.

33. Rollin 60s members utilize their Facebook account to promote their gang and to recruit others. For example, members post photographs and videos of themselves holding firearms and/or cash.

34. In addition, gang members use their Facebook accounts to "disrespect" or intimidate rival gang members. For example, members post photographs of themselves holding firearms pointed at the camera or referring to rival gangs in statements such as "Fuck the opps" (meaning the opposing gang).

35. Based on my training and experience, and that of other law enforcement officers with training and experience in the investigation of violent gangs, your affiant knows that even with a lengthy passage of time or deletion of information from the publically accessible website by the user, Facebook stores the account holder's communications, including but not limited to, private messages, status updates, links to videos, photographs, notes, wall postings, friend lists, subscriber's full name, birth date, address, telephone numbers, contact e-mail addresses, screen names/profiles, account/user identification numbers, duration of account, and other personal

identifiers going back multiple years. This nonpublic information stored by Facebook relating to the below Facebook account is likely to be of significant evidentiary value.

36. In the course of investigating the Rollin 60s and its activities, as well as various murders and violent crimes in the Lynchburg area generally, the Lynchburg PD has identified a number of Facebook accounts maintained by suspected Rollin 60s members and associates. Several of these, including the account listed below, had their privacy settings adjusted so that content was available to the public. In particular, the below account contained the following public content:

**Public Facebook Account of Shytrez Robey**

**https://www.facebook.com/tee.king.18062**

**Facebook User ID: 100020631303243**

37. **Facebook User ID: 100020631303243** belongs to Shytrez ROBEY through photos, content, and information from confidential sources. A Lynchburg PD detective began looking through the posts that were viewable to the general public. The detective observed a large quantity of posts made and shared by ROBEY indicative of both criminal gang behavior as well as narcotics use/distribution. The detective took screenshots of numerous photos from the publicly available portion of the Facebook account. In addition:

    a. ROBEY has numerous pictures of himself and others posted to his public page. In the photographs, he publicly demonstrates his gang membership. For example:

        i. On June 10, 2020, ROBEY posted a day of himself with eleven other Floyd Street and Rollin 60 Neighborhood Crip gang members. June 10th is celebrated as the Rollin 60`s birthday and is referred to as "Hood Day." ROBEY wrote "Nayborh60d happy hk60d day to my nay`s." ROBEY and others are wearing Seattle Mariners clothing along with blue bandanas, all

known clothing of the Rollin 60s. Several individuals in the picture are flashing hand signs including the "N" for "Neighborhood".

ii. June 3, 2020, ROBEY posted a picture of himself flashing "F" for "Floyd."

iii. May 22, 2020, ROBEY posted a picture of himself flashing hand signs. He wrote "Yung turnt nigga frm Floyd St."

iv. ROBEY posted two pictures of himself in a purple/blue shirt on August 3, 2019. The back of the shirt reads "60 Glizzy." ROBEY`s nickname is "Glizzy," and the 60 stands for Rollin 60s Crips.

v. On June 22, 2019, ROBEY posted a picture of himself with Malik SCOTT (the leader of Floyd Street) and Ryheam BROWN. ROBEY wrote "real soldiers" with a blue heart.

vi. On June 16, 2019, ROBEY shared a picture of the gang posing for a picture. In the photo are Malik SIMPSON, Malik SCOTT, Demajae SCOTT, Daquan GILLMORE-PLEASANTS, and other members. A majority of the Floyd Street members are flashing a hand sign "F" for "Floyd Street." One black male is in the picture with his face covered by a black hoodie, and is pulling a firearm out of his waistband. With the photo, ROBEY wrote "The family I started w 100" with a blue heart on the post. The Rollin 60s recognize blue as their color.

vii. On June 10, 2019 ROBEY posted a picture of himself with Malik SCOTT and another unidentified male. ROBEY is wearing a Seattle Mariners hat, as is the other male. ROBEY and SCOTT both have blue bandanas tied around their neck, which are considered gang "flags." All three males are

flashing various hand signs. ROBEY wrote "Hood day frm da hOmiess nay nay" with a purple heart. June 10th is the birthday of the Rollin 60`s Crips. Members celebrate annually by gathering and refer to it as "Hood Day."

viii. On June 1, 2019 ROBEY posted a picture of himself sitting on a concrete wall wearing a Seattle Mariners shirt. ROBEY was flashing hand signs on both hands and wrote "G Glizzy frm Floyd st. #Naybahood."

ix. In one post on July 17, 2018, ROBEY sitting on the trunk of a maroon Volkswagen Jetta. ROBEY is signaling an "F" for "Floyd Street" with his right hand and is holding a stack of US currency to his ear with his left hand.

b. In other posts, ROBEY demonstrates his use of Rollin 60s Crip lingo. For example:

i. On June 24, 2019, ROBEY shared a post from Gaida Noriega and replied "That`s on h60d," which is slang for "Neighborhood" and is a reference to the Rollin 60s.

ii. On June 13, 2019, ROBEY posted "Happy cday to Goon one of da realist niggas out here u c home soon cuz stay dwn" with a blue heart." Rollin 60s Crips do not recognize the letter "B" in the alphabet, since it is used by rival Blood gang members. Therefore, they replace "B" with "C" and refer to their birthdays as "C days."

iii. On June 10th, 2019 ROBEY posted "Happy H60d day to the nays owe love or no love n`sss." "Owe love or no love" is a common Rollin 60s Crips expression.

iv. On January 29th, 2019 ROBEY posted "We the trending topic in our city... #FloydSt #NayNay 100". Nay Nay is slang for neighborhood.

16

      v. On December 13, 2018, ROBEY posted "S/o Floyd St cause niggas knoe we stepping fr. 100."

      vi. On December 12, 2018, ROBEY posted "Only real niggas in my circle Floyd over everything. 100."

c. In other posts, ROBEY publicly advertises the sale of marijuana. For example:

      i. He posted on June 26 and 27, 2019, "White runtz" and "Cookie." ROBEY's posts are consistent with other Floyd Street member's posts and are advertisements for the sale of various types of marijuana.

      ii. On June 12, 2019, ROBEY posted "I jst came in w a bad bitch Nd I got dat good dope," indicating that he had drugs for sale.

      iii. On November 18, 2019, ROBEY posted "We don`t sell low in my section straight pressure x10 Floyd st shit #1100" with cookie, smoke, and money emojis. "Low" is a reference to low grade marijuana. ROBEY's post indicates that his gang doesn't sell junk marijuana but only good quality marijuana.

      iv. On November 2, 2018, ROBEY posted "Trap open pull up to the pump." "Trap" is a reference to a trap house, or a location that gang members sell drugs. ROBEY`s statement to "pull up to the pump" is a reference to come to the trap house to get drug supply.

d. In yet other posts, ROBEY refers to violent acts, such as robberies and shootings. For example:

      i. On February 5, 2019 ROBEY shared a post that read "I`m from the hood where yo hear 30 shots and mfs don`t run they just say "Damn he was bussin

17

>   that bitch."" ROBEY wrote his own response "Everyday in the hood I love them sounds."
>
>   ii. On January 28, 2019, ROBEY posted "I keep the stick everywhere I go 100." A "stick" is street terminology for firearm.
>
>   iii. On December 22, 2018, ROBEY posted "Brand new Draco I can`t wait to use it." "Draco" is street terminology for an AK47 assault rifle.
>
>   iv. On December 8, 2018 ROBEY posted "I lost my brother so I keep my heat. 100." "Heat" is a street reference for firearm.

38. In July 2020, law enforcement determined that ROBEY's account was still actively being used.

39. Shytrez ROBEY is a known member of the Floyd Street Soldiers, which is part of the Rollin 60s Crips. Lynchburg PD suspects ROBEY in multiple gang-related shootings and believes he sells marijuana.

40. The affiant initially obtained a federal search warrant for https://www.facebook.com/tee.king.18062 Facebook User ID: 100000773738077. This affiant served the search warrant to Facebook, and they advised the vanity URL "tee.king.18062" did not match the User ID: "100000773738077." This affiant conducted an online search using find my Facebook ID database (Lookup-ID.com) for https://www.facebook.com/tee.king.18062 and learned the correct User ID is 100020631303243.

## CONCLUSION

41. Based on the foregoing information, your affiant submits that probable cause exists that the individual listed above has been engaging in activity that violates Title 18, United States

Code, Section 1962. I believe that the Facebook records being sought for the listed individual contain evidence of the criminal enterprise, as well as direct evidence of various federal crimes.

42.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## OATH

The information in this affidavit is true to the best of my knowledge and belief.

*s/Russell Davidson*
Russell Davidson
Special Agent, ATF

Received by reliable electronic means and sworn and attested to by telephone on this 6th day of October 2020.

*Robert S. Ballou*
ROBERT S. BALLOU
UNITED STATES MAGISTRATE JUDGE